IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
SEP 17 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| **ROYCE SOLOMON, et al.,** *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**AMERICAN WEB LOAN, Inc. et al.,**<br><br>    **Defendants.** | Civil Action No. 4:17cv145 |
| **GEORGE HENGLE, et al.,** *on behalf of themselves and all individuals similarly situated*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**MARK CURRY, et al.,**<br><br>    **Defendants.** | Civil Action No. 4:18cv75 |
| **JOHN GLATT**, **et al.,** *as individuals and as representatives of the classes*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**MARK CURRY, et al.,**<br><br>    **Defendants.** | Civil Action No. 4:18cv101 |

1

## **ORDER**

The Court previously consolidated <u>Solomon v. American Web Loans, Inc.</u>, Civil Action No. 4:17cv145 with <u>Hengle v. Curry</u>, Civil Action No. 4:18cv75 under the lead case number 4:17cv145. The Court acting <u>sua sponte</u> hereby **ORDERS** that <u>Glatt v. Curry</u>, Civil Action No. 4:18cv101 also be consolidated under the lead case number **4:17cv145** as <u>Glatt</u> involves similar allegations and common questions of law and fact. The Clerk of Court is hereby **ORDERED** to consolidate case number **4:18cv101** with Civil Action No. **4:17v145** as the lead case for the purpose of all proceedings.

The Clerk is **REQUESTED** to mail a copy of this Order to all parties and counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, VA
September 11, 2018